UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CIXTO MURILLO, | ) | 1:12-cv—00832-SKO-HC |
| | ) | |
| Petitioner, | ) | ORDER DISMISSING REQUEST FOR |
| | ) | CERTIFICATE OF APPEALABILITY AS |
| | ) | MOOT (Doc. 8) |
| v. | ) | |
| | ) | INFORMATIONAL ORDER TO PETITIONER |
| JUDGE COULARD, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner is a state prisoner who proceeded pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), Petitioner consented to the jurisdiction of the United States Magistrate Judge to conduct all further proceedings in the case, including the entry of final judgment, by manifesting consent in a signed writing filed by Petitioner on June 5, 2012 (doc. 5). The petition was dismissed for lack of subject matter jurisdiction on June 6, 2012, and judgment was entered on the same date.

Pending before the Court is Petitioner's request for a certificate of appealability, which was filed on August 17, 2012.

In the Court's order dismissing the petition, the Court considered whether to issue a certificate of appealability and

1

declined to issue a certificate of appealability.

Because the Court has previously considered whether to issue a certificate of appealability and declined to do so, Petitioner's request for a certificate of appealability is DISMISSED as moot.

Petitioner is further INFORMED that the Court will not continue to process his filings in the action in this Court because judgment has been entered and the case terminated.

IT IS SO ORDERED.

**Dated:    September 8, 2012**               /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE